UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL CIGALA,

                              Plaintiff

- against -

BOY SCOUTS OF AMERICA, et al.,

                              Defendants.

20 Civ. 1539

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the Order dated March 27, 2020, directed the parties to file the joint status letter by April 9, 2020. ECF 14;

WHEREAS, the parties have not filed a joint status letter. It is hereby

**ORDERED** that the parties shall file a joint status letter by **April 17, 2020**.

Dated: April 14, 2020
       New York, New York

                                              **LORNA G. SCHOFIELD**
                                      **UNITED STATES DISTRICT JUDGE**