UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                :
MICHAEL CIGALA,               :
                :
              Plaintiff,    :    20 Civ. 1539 (LGS)
                :
       -against-       :    ORDER
                :
BOY SCOUTS OF AMERICA, et al.   :
                :
              Defendants.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on May 28, 2020, the Court issued an order directing the parties to file a status letter by July 12, 2020.  ECF 21;

    WHEREAS, the parties have not filed a status letter.  It is hereby

    **ORDERED** that the parties shall file a joint status letter no later than July 21, 2020.  The parties are reminded to comply with Court orders.

Dated: July 14, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**