UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                            :
MICHAEL CIGALA,                           :
                      Plaintiff,              :          20 Civ. 1539 (LGS)
                                             :
             -against-                   :          ORDER
                                             :
BOY SCOUTS OF AMERICA et al.,      :
                    Defendants.     :
------------------------------------------------------------ :
                                           X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated April 20, 2020 (Dkt. No. 18), directed the parties to submit joint status letters every 45 days, and the most recent status letter was due on February 25, 2021.

WHEREAS, the parties have not submitted a joint status letter.  It is hereby

**ORDERED** that by **March 1, 2021**, the parties shall submit a joint status letter.

Dated:  February 26, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE