UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL CIGALA,
:
                Plaintiff,   :    20 Civ. 1539 (LGS)
:
        -against-   :    ORDER
:
BOY SCOUTS OF AMERICA et al.,   :
                Defendants.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated April 20, 2020 (Dkt. No. 18), directed the parties to submit joint status letters every 45 days, and the most recent status letter was due on July 14, 2021.

WHEREAS, the parties have not submitted a joint status letter. It is hereby

**ORDERED** that by **July 19, 2021**, the parties shall submit a joint status letter.

Dated: July 15, 2021
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**