UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                    :
  MICHAEL CIGALA,                                   :
                              Plaintiff,            :
                                                    :          20 Civ. 1539 (LGS)
              -against-                              :
                                                    :                ORDER
  BOY SCOUTS OF AMERICA et al.,                     :
                              Defendants.           :
                                                    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order, dated April 20, 2020 (Dkt. No. 18), directed the parties to submit

joint status letters every 45 days, and the most recent status letter was due on September 2, 2021.

        WHEREAS, the parties have not submitted a joint status letter.  It is hereby

        **ORDERED** that by **September 8, 2021**, the parties shall submit a joint status letter.

Dated: September 3, 2021
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**