UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL CIGALA,
                             Plaintiff,

            -against-

BOY SCOUTS OF AMERICA et al.,
                            Defendants.
------------------------------------------------------------X

20 Civ. 1539 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated April 20, 2020 (Dkt. No. 18), directed the parties to submit joint status letters every 45 days, and the most recent status letter was due on September 2, 2021.

    WHEREAS, the parties failed to file any letter on ECF by that date.

    WHEREAS, the Order dated September 3, 2021, directed the parties to file a status letter by September 8, 2021.

    WHEREAS, the parties have not submitted a joint status letter. It is hereby

    **ORDERED** that by **September 13, 2021**, the parties shall file a joint status letter. Failure to comply with this Order may result in sanctions, including dismissal with prejudice for failure to prosecute.

Dated: September 9, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**