UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MICHAEL CIGALA,                                             :
                                    Plaintiff,              :
                                                            :     20 Civ. 1539 (LGS)
           -against-                                        :
                                                            :     ORDER
BOY SCOUTS OF AMERICA et al.,                               :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated April 20, 2020 (Dkt. No. 18), directed the parties to submit joint status letters every 45 days, and the most recent status letter was due on October 25, 2021.

WHEREAS, the parties have not submitted a joint status letter.  It is hereby

**ORDERED** that by **October 29, 2021**, the parties shall submit a joint status letter.

Dated: October 26, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**