UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    MICHAEL CIGALA,

                      Plaintiff,

              -against-                   20 Civ. 1539 (LGS)

                                         ORDER
    BOY SCOUTS OF AMERICA et al.,

                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated April 20, 2020 (Dkt. No. 18), directed the parties to submit joint status letters every 45 days, and the most recent status letter was due on December 13, 2021.

    WHEREAS, the parties have not submitted a joint status letter. It is hereby

    **ORDERED** that by **December 17, 2021**, the parties shall submit a joint status letter.

Dated: December 15, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE