UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL CIGALA,
                                Plaintiff,

-against-

BOY SCOUTS OF AMERICA, et al.,
                                Defendants.
------------------------------------------------------------X

20 Civ. 1539 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated April 20, 2020 (Dkt. No. 18), directed the parties to submit joint status letters every 45 days, and the most recent status letter was due on August 1, 2022.

    WHEREAS, the parties have not submitted a joint status letter.  It is hereby

    **ORDERED** that by **August 5, 2022**, the parties shall submit a joint status letter.

Dated: August 4, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE