

Wiggin and Dana LLP
437 Madison Avenue
35th Floor
New York, New York 10022
www.wiggin.com

Michael L. Kenny, Jr.
212.551.2628
212.551.2888 fax
mkenny@wiggin.com

By ECF

January 26, 2023

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Re:    Michael Cigala v. Boy Scouts of America, 20-1539 (LGS)

Dear Judge Schofield:

Pursuant to this Court's order of April 20, 2020 (Dkt. 18), we write to update the Court on the status of this matter. The stay is still in place, pursuant to the terms of the Notice of Entry of *Order Confirming the Third Modified Fifth Amended Chapter 11 Plan of Reorganization for the Boy Scouts of America and Delaware BSA, LLC* entered by the United States Bankruptcy Court for the District of Delaware on September 16, 2022. *See* prior status letter filed on December 12, 2022 (Dkt. 53) with Exhibits A-B.

Accordingly, we do not believe that the Court should take any action at this time.

Respectfully submitted,

Michael L. Kenny Jr.